# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | | |
|---|---|---|
| **CRYSTAL LEE WITT**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:05CV00019 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) ) | By: James P. Jones<br>Chief United States District Judge |
| | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed October 18, 2005, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1.  The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2.  The Motion for Summary Judgment by the Commissioner of Social Security ("Commissioner") is GRANTED;

3.  The final decision of the Commissioner is AFFIRMED; and

4.  This case is closed.

ENTER: November 8, 2005

/s/ JAMES P. JONES
Chief United States District Judge